NUMBER 13-99-551-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


SALOME RAMIRO VERA
, Appellant,


v.



JOHN RUGGLES
, Appellee.

____________________________________________________________________


On appeal from the 214th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam


 Appellant, SALOME RAMIRO VERA, perfected an appeal from a
judgment entered by the 214th District Court of Nueces County, Texas,
in cause number C-943-98-E. This cause is now before the Court on
the parties' agreed motion to voluntarily dismiss appeal. In the motion,
appellant states that this case has been resolved and appellant no
longer wishes to prosecute this appeal. Appellant requests that this
Court dismiss the appeal.

 The Court, having considered the documents on file and the
agreed motion to dismiss the appeal, is of the opinion that the motion
should be granted. The agreed motion to dismiss is granted, and the
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 11th day of January, 2001.